UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PEDRO BETANCOURT, | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | 3:19-CV-00307-DB |
| WALMART STORES TEXAS, LLC | § § § | |
| *Defendant*. | § | |

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT

On April 19, 2021, Plaintiff Pedro Betancourt filed its "Plaintiffs Stipulation of Dismissal of Defendant (ECF No. 11), pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii). In view of the stipulation, the Court enters the following orders:

**IT IS ORDERED** that all of Plaintiff Pedro Betancourt's claims against Defendant Walmart Stores Texas, LLC in the above matter are **DISMISSED WITHOUT PREJUDICE**.

**IT IS THEREFORE ORDERED** that Defendants Walmart Stores Texas, LLC are **TERMINATED** from this case.

So **ORDERED** and **SIGNED** this 20th day of April 2021.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE