IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PEDRO BETANCOURT,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-19-CV-307-DB |
| WALMART STORES TEXAS, LLC,<br>    Defendant. | §<br>§<br>§ | |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims and terminating Defendant Walmart Stores Texas, LLC from the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**SIGNED** this **20th** day of **April 2021**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE